No. 89–7461.   O'MELIA *v.* SANTA MONICA MUNICIPAL COURT ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 89–7466.   ROGERS *v.* SLANSKY ET AL.   C. A. 9th Cir. Certiorari denied.

No. 89–7467.   RAMSEY *v.* GARRAGHTY ET AL.   C. A. 4th Cir. Certiorari denied.

No. 89–7470.   CARTER *v.* KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 89–7472.   TAYLOR *v.* JONES ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 89–7500.   WILLIAMS ET UX. *v.* UNITED STATES ET AL. C. A. 8th Cir.   Certiorari denied.

No. 89–7504.   MOERLIEN *v.* GRGURINOVICH ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 89–7505.   HERRERA *v.* OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 89–7510.   LUSSY *v.* TICOR TITLE INSURANCE CO.   Sup. Ct. Mont.   Certiorari denied.

No. 89–7523.   BOREN *v.* N. L. INDUSTRIES, INC., ET AL. C. A. 5th Cir.   Certiorari denied.

No. 89–7529.   KLACSMANN *v.* LOCKHEED SPACE OPERATIONS Co.   C. A. 11th Cir.   Certiorari denied.

No. 89–7538.   MANCHESTER *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 89–7562.   WEY *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 89–7580.   LEVINE *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 89–7601.   MARTINEZ *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 89–7608.   CONNOR *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.